IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICKEY LAVELL JENNINGS<br>(BOP Register No. 55384-177),<br><br>Plaintiff,<br><br>V.<br><br>LUPE VALDEZ and DALLAS COUNTY<br>SHERIFF'S DEPARTMENT,<br><br>Defendants. | No. 3:18-cv-3220-N |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 1st day of July, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE